THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCCO IMBESI, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, reversed on the law, information dismissed

and defendant discharged on the ground that the principal business of the employer was general contracting in which compensation had been secured; that the spraying of bushes in the back yard, undertaken by the complainant on a single occasion after the close of his regular day's work as a truck driver, was not employment in a business carried on by the employer for pecuniary gain, as provided in section 2, subdivision 5, of the Workmen's Compensation Law; and that the failure to secure compensation for such casual employment did not constitute a violation by the defendant employer of section 52 of said act.■ (*Matter of Mulford* v. *Pettit & Sons*, 220 N. Y. 540–543; *Dillon* v. *Trustees of St. Patrick's Cathedral*, 234 id. 225; *Matter of Finkell* v. *Cobleskill Agricultural Society*, 220 App. Div. 429; *Mullen* v. *Little*, 186 id. 169; *Millard* v. *Townsend*, 204 id. 132.) Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.